```
 1  THE LAW OFFICE OF GREGORY H. MITTS
    1309 "L" STREET
 2  BAKERSFIELD, CA.  93301
    (661) 323-0789
 3  CAL. STATE BAR NO. 71981
 4
    Attorney for Defendant
 5
 6
                     UNITED STATES DISTRICT COURT
 7
                    EASTERN DISTRICT OF CALIFORNIA
 8
 9                                    Case No.: 1:05-CR-00425 AWI
    UNITED STATES OF AMERICA,
10                                    STIPULATION TO CONTINUE STATUS
              Plaintiff,               CONFERENCE and ORDER
11
12      vs.

13  CHRISTINA CHINO,

14            Defendant
15
16
17      It is hereby stipulated by and between the parties, by and
18  between their respective attorneys of record that the Status
19  Conference presently scheduled for Monday, December 12, 2005
20  before the HONORABLE ANTHONY I. ISHII be continued to December
21
22
23
24
25
26
27
28
```

19, 2005 at the hour of 9:00 a.m. before JUDGE ISHII, and that time is excluded to and through that date 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel preparation of his case and for continuity of counsel..

DATED: 12/9/05                              /S/ Stanley A. Boone
                                            STANLEY BOONE
                                            ASST. U.S. ATTORNEY

DATED: 12/9/05                              /s/ Gregory H. Mitts
                                            GREGORY H. MITTS
                                            ATTORNEY FOR DEFENDANT
                                            CHRISITNA CHINO

IT IS SO ORDERED.

**Dated:   December 12, 2005**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE