Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Christian Josephine CHINO |
| **Docket Number:** | 1:05CR00425-001 AWI |
| **Offender Address:** | Ventura, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03-27-06 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 3 years probation, $100 special assessment, $4,695 restitution |
| **Special Conditions:** | Not to dispose of or dissipate any assets, financial disclosure, no new credit or lines of credit without approval, 50 hours community service, and DNA collection |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03-27-2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Gregory H. Mitts          **Telephone:** (661) 323-0789 |
| **Other Court Action:** | None |

**RE:   Christina Josephine CHINO**
      **Docket Number:  1:05CR00425-001 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the probation officer.  The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision.

As directed by the probation officer, the defendant shall pay all or part of the costs of treating her drug dependency/alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672.  The defendant shall provide payment and proof of payment as directed by the probation officer.

Following successful completion of the outpatient program, the defendant, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed six tests per month, as directed by the probation officer, pursuant to 18 USC 3563(a)(5).

**Justification:**   On December 31, 2007, the probationer who is being supervised by the Central District of California was arrested by the Port Hueneme Police Department for violation of California Health and Safety Code Section 11550(a) - Under the Influence of a Controlled Substance and California Health and Safety Code Section 11364 - Possession of a  Smoking Device.  Furthermore, the probationer failed to notify the probation officer of said arrest.

When interviewed by supervising probation officer Brandon Schneider, Central District of California, the probationer gave no explanation as to why she failed to report the arrest.  Upon further questioning, the probationer admitted to the use of methamphetamine on two

**RE:   Christina Josephine CHINO**
     **Docket Number:  1:05CR00425-001 AWI**
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

occasions as well as use of marijuana on a random basis.  The probationer is scheduled to appear in Ventura County Superior Court on January 17, 2008, a result of the December 31, 2007, arrest.

The Central District of California has also requested a Transfer of Jurisdiction in this matter.  This request is forthcoming.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**     January 18, 2008
          Bakersfield, California
          FE:dk


**REVIEWED BY:**     /s/ Rick C. Louviere
               **RICK C. LOUVIERE**
               **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:   <u>January 23, 2008</u>**          <u>     /s/ Anthony W. Ishii     </u>

**RE:    Christina Josephine CHINO**
**       Docket Number:  1:05CR00425-001 AWI**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

                          UNITED STATES DISTRICT JUDGE