```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:05CR00425-AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER TO QUASH WRIT |
| CHRISTINA CHINO, | ) OF ATTACHMENT/GARNISHMENT |
| Defendant and Judgment Debtor. | ) |
| PHILIP WILLIAM GANONG, | ) |
| Garnishee. | ) |

A Writ of Attachment/Garnishment was served upon Philip William Ganong, Garnishee, on October 8, 2010. Based upon the Answer of Garnishee, the United States filed with this Court a Request to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Philip William Ganong, is

///

///

///

Order to Quash Writ
of Attachment/Garnishment

1

terminated.

IT IS SO ORDERED.

Dated:      January 12, 2011
                                         CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2