```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTINA CHINO,<br><br>    Defendant and<br>    Judgment Debtor.<br>_____<br><br>SPHERION PACIFIC WORKFORCE, LLC.,<br><br>    Garnishee.<br>_____ | CASE NO. 1:05CR00425-AWI<br><br>ORDER TO QUASH WRIT<br>OF ATTACHMENT/GARNISHMENT |

    A Writ of Attachment/Garnishment was served upon Spherion Pacific Workforce, LLC., Garnishee, on October 8, 2010.  Based upon the letter provided by Garnishee, the United States filed with this Court a Motion to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///
///
///
///

Order to Quash Writ
of Attachment/Garnishment

1  IT IS HEREBY ORDERED that the Writ is quashed and the
2  attachment/garnishment against Garnishee, Spherion Pacific Workforce,
3  LLC., is  terminated.

IT IS SO ORDERED.

Dated:     January 19, 2011            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE