```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,        )  CASE NO. 1:05CR00425-AWI
                                     )
11              Plaintiff,           )
                                     )
12       v.                          )  ORDER TO QUASH WRIT
                                     )  OF ATTACHMENT/GARNISHMENT
13  CHRISTINA CHINO,                 )
                                     )
14              Defendant and        )
                Judgment Debtor.     )
15  _____)
                                     )
16  INTERIM PERSONNEL OF FRESNO, INC.,)
                                     )
17              Garnishee.           )
    _____)
18
```

On October 19, 2010, a Writ of Attachment/Garnishment was served upon Spherion Pacific Workforce, LLC., the parent company of the Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter provided by Spherion in a companion Writ, the United States filed with this Court a Motion to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///

///

///

Order to Quash Writ
of Attachment/Garnishment

1

1   IT IS HEREBY ORDERED that the Writ is quashed and the
2 attachment/garnishment against Garnishee, Interim Personnel of
3 Fresno, Inc., is  terminated.

IT IS SO ORDERED.

Dated:     February 23, 2011           /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2